UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | SACV 22-01288-FWS (JDEx) | Date | November 4, 2022 |
|---|---|---|---|
| Title | Theresa Brooke v. Twin Cypress LLC | | |

PRESENT:

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

Melissa H. Kunig                                         Not Reported
Deputy Clerk                                             Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                             None Present

**PROCEEDINGS:**   (IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING STATUS OF STAY AND EARLY MEDIATION IN ADA ACTION

On July 24, 2022, the Court granted Defendant's Application for Stay and Early Mediation, stayed this action for 90 days, and ordered the parties to "file with the Court a Joint Status Report no later than seven (7) days after the ADR proceeding is completed advising the Court of the status of the alleged ADA violations and their mediation efforts." (Dkt. 13)  As of this date, no status report has been filed.

Accordingly, the Court hereby ORDERS plaintiff's counsel, to show cause in writing no later than **November 18, 2022**, why this action should not be dismissed for lack of prosecution.

As an alternative to a written response by plaintiff, the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

X       Joint Status Report advising the Court of the status of the alleged ADA violations
        and their mediation efforts.
X       Notice of Settlement
X       Notice of Voluntary Dismissal (FRCivP 41)

                                                                        -    :    -
                                                          Initials of Deputy Clerk   mku